IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SSL SERVICES, LLC, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITRIX SYSTEMS, INC., and, ) <br> CITRIX ONLINE, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:08-CV-158-TJW <br><br> **JURY DEMAND REQUESTED** |

## PLAINTIFF SSL SERVICES' MOTION FOR LEAVE TO AMEND

Pursuant to FED.R.CIV.P. 15(a), Plaintiff SSL Services, LLC ("SSL") moves for leave to file its "Second Amended Complaint," a copy of which is set forth in Exhibit 1.[1]

The Second Amended Complaint would add an additional claim of patent infringement (as set forth in the "Second Claim for Relief" on pages 6-8 of the Second Amended Complaint), based upon U.S. Patent No. 6,158,011, (the "`011 patent"). The `011 patent was granted upon a continuation application of U.S. Patent No. 6,061,796 (the "`796 patent"), the patent on which the original Complaint was based. The Second Amended Complaint also contains some additional changes consistent with SSL's P.R. 3-1 disclosure.

Amending the complaint to include the Second Claim for Relief would be significantly more efficient than filing the Second Claim for Relief in a separate lawsuit because of the commonality with the existing claims for relief. For example, the Second Claim for Relief includes many of the same products accused of infringing the `530 patent and the claims of the

---

[1] Pursuant to Local Court Rule CV-7(k), SSL's Amended Complaint has been filed separately, concurrently herewith.

1

`011 patent share a common specification with the '796 patent.  Determining the infringement of the `796 patent, the `011 patent, and the `530 patent in the present action would be the best use of this Court's judicial resources.

FED.R.CIV.P. 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires."  The decision as to whether to permit an amendment is within the sound discretion of the court.  "In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given.'"  *Forman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230, 9 L.Ed.2d 222 (1962).  The Supreme Court has held that a court must find a justifiable reason to deny a request to amend.  *Id*.  In this case there are no justifiable reasons to deny SSL's motion to amend.  In fact, granting the present motion at this early stage in the litigation would permit the parties to resolve all issues between them in a single lawsuit.

Additionally, granting the present motion should have no affect on the subsequent dates contained in the Court's December 18, 2008 Docket Control Order ("DCO").  The DCO permits amended pleadings prior to February 25, 2010.  The claim construction hearing in this case is scheduled to be held on May 25, 2011 and jury selection is scheduled to begin on December 5, 2011.  SSL will comply with its P.R. 3-1 and 3-2 obligations for the `011 patent within 45 days of the order granting the present motion.

In accordance with Local Rule CV-7(h), counsel for SSL Services contacted counsel for Citrix Systems, Inc. ("CSI") and Citrix Online, LLC ("COL") ("Defendants") to inquire as to

whether Defendants would consent to the present motion.  Defendants oppose the present motion.

For the foregoing reasons, SSL respectfully requests that its Motion for Leave to File a Second Amended Complaint be granted.

>Respectfully submitted,
>
>/s/ Eric M. Albritton
>Eric M. Albritton
>Texas State Bar No. 00790215
>Lead Attorney
>ALBRITTON LAW FIRM
>P.O. Box 2649
>Longview, Texas 75606
>(903) 757-8449 (phone)
>(903) 758-7397 (fax)
>ema@emafirm.com
>
>Gary M. Hoffman
>  DC Bar No. 141481
>Charles D. Ossola
>  DC Bar No. 295022
>Eric Oliver
>  DC Bar No. 443697
>DICKSTEIN SHAPIRO LLP
>1825 Eye Street, NW
>Washington, DC 20006
>(202) 420-2200 (phone)
>(202) 420-2201 (fax)
>hoffmang@dicksteinshapiro.com
>ossolac@dicksteinshapiro.com
>olivere@dicksteinshapiro.com
>
>*Counsel for SSL Services, LLC*

**CERTIFICATE OF CONFERENCE**

Plaintiff's counsel conferred with counsel for the defendants, and they are opposed to the relief requested herein.

_____
Eric M. Albritton

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of May, 2009.

_____
Eric M. Albritton