**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **SSL SERVICES, LLC,**  *Plaintiff,*  v.  **CITRIX SYSTEMS, INC., and, CITRIX ONLINE LLC,**  **Defendants and Counterclaimants.** | **Civil Action No. 2:08-cv-158-TJW**  **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS AND
COUNTERCLAIMANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND
THEIR INVALIDITY CONTENTIONS**

Defendants and Counterclaimants Citrix Systems, Inc.'s and Citrix Online, LLC's Unopposed Motion for Leave to Amend Their Invalidity Contentions is hereby GRANTED.

SIGNED this 12th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE