IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SSL SERVICES, LLC<br><br>     Plaintiff<br><br>     v.<br><br>CITRIX SYSTEMS, INC., and<br>CITRIX ONLINE LLC<br><br>     Defendants. | Civil Action No. 2:08-cv-158-TJW |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT INVALIDITY CONTENTIONS**

The Court, having considered Defendants Citrix Systems, Inc. and Citrix Online LLC's Motion for Leave to Supplement Invalidity Contentions, finds that the Motion should be, and is, hereby GRANTED.

IT IS SO ORDERED.

SIGNED this 1st day of October, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE