**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SSL SERVICES, LLC, *Plaintiff*, <br><br> v. <br><br> CITRIX SYSTEMS, INC., and, CITRIX ONLINE, LLC, *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> CIVIL ACTION NO. 2:08-cv-158(TJW) |

## PLAINTIFF SSL SERVICES, LLC'S NOTICE OF
## DISCLOSURE UNDER PATENT RULE 4-5

SSL Services, LLC, plaintiff in the above-entitled and numbered civil action, notifies the Court and all parties that on May 6, 2011 it complied with the Court's December 18, 2008 Docket Control Order by providing the Court with the parties' P.R. 4-5(d) Joint Claim Construction Chart.

Respectfully submitted,

/s/ Robert L. Kinder
Gary M. Hoffman
DC Bar No. 141481
hoffmang@dicksteinshapiro.com
Charles D. Ossola
DC Bar No. 295022
ossolac@dicksteinshapir.com
Eric Oliver
DC Bar No. 443697
olivere@dicksteinshapiro.com
Robert L. Kinder
DC Bar No. 494941
kinderr@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone: (202) 420-2200
Facsimile : (202) 420-2201

1

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
ema@emafirm.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 6th day of May, 2011.

/s/ Robert L. Kinder_____
Robert L. Kinder