UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SSL SERVICES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:08-cv-158-JRG |
| CITRIX SYSTEMS, INC., AND CITRIX ONLINE, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO MODIFY PAGE LIMITS
<u>ON SUMMARY JUDGMENT BRIEFING</u>**

After consideration of Defendants Citrix Systems, Inc. and Citrix Online, LLC's (collectively "Citrix") Unopposed Motion to Exceed Page Limits on Summary Judgment Reply and Sur-Reply Briefing, the Court finds that the Motion should be GRANTED. It is therefore ORDERED:

The page limits set out in Local Rule CV-7(3) are modified as follows:

1. Citrix is allowed 15 pages for its Reply in Support of Motion for Summary Judgment of Non-Infringement of the '796 Patent (Dkt. #164). There is no change to the cumulative 20-page limit.

2. Plaintiff is allowed a corresponding 15 pages to file its Sur-Reply to the Motion for Summary Judgment of Non-Infringement of the '796 Patent (Dkt. #164). There is no change to the cumulative 20-page limit.

**So ORDERED and SIGNED this 30th day of March, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE