**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SSL SERVICES, LLC<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 2:08-cv-158-JRG |
| | § | |
| CITRIX SYSTEMS, INC., et al.<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is Defendants Citrix Systems, Inc. and Citrix Online, LLC's (collectively, "Citrix") Motion for Summary Judgment of Non-Infringement of Claims 2 and 4 and Invalidity of Claim 7 of U.S. Patent No. 6,158,011. (Dkt. No. 165.) Having considered the parties written submissions, the Court finds there are genuine and disputed issues of material fact as regards both the non-infringement and invalidity issues raised in the Motion. Therefore, the Court **DENIES** the Motion.

**So ORDERED and SIGNED this 4th day of June, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE