IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 18 2012

DAVID J. MALAND, CLERK
BY
DEPUTY ___Ba___

| | |
|---|---|
| SSL SERVICES, LLC<br>Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC., et al.<br>Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 2:08-cv-158-JRG<br>§<br>§<br>§<br>§<br>§<br>§ |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge.

### Question No. 1:

Did SSL prove by a preponderance of the evidence that the following Citrix products infringed, either literally or under the doctrine of equivalents, the claims of the patents listed below? **Answer YES or NO.**

| '796 Patent | Claim 27 | | |
|---|---|---|---|
| GoToMyPC | No | | |
| GoToMeeting, GoToTraining, and GoToWebinar | No | | |
| GoToAssist | No | | |

| '011 Patent | Claim 2 | Claim 4 | Claim 7 |
|---|---|---|---|
| Access Gateway | Yes | Yes | Yes |
| Netscaler | Yes | Yes | Yes |

**Question No. 2:**

Did SSL prove by a preponderance of the evidence that Citrix is liable for contributory infringement of the claims of the patents listed below? **Answer YES or NO.**

| '796 Patent | Claim 27 | | |
|---|---|---|---|
| GoToMyPC | NO | | |
| GoToMeeting, GoToTraining, and GoToWebinar | NO | | |
| GoToAssist | NO | | |

| '011 Patent | Claim 2 | Claim 4 | Claim 7 |
|---|---|---|---|
| Access Gateway | Yes | Yes | Yes |
| Netscaler | Yes | Yes | Yes |

**Question No. 3:**

Did SSL prove by a preponderance of the evidence that Citrix is liable for inducing infringement of the claims of the patents listed below? **Answer YES or NO.**

| '796 Patent | Claim 27 | | |
|---|---|---|---|
| GoToMyPC | NO | | |
| GoToMeeting, GoToTraining, and GoToWebinar | NO | | |
| GoToAssist | NO | | |

| '011 Patent | Claim 2 | Claim 4 | Claim 7 |
|---|---|---|---|
| Access Gateway | Yes | Yes | Yes |
| Netscaler | Yes | Yes | Yes |

Question No. 4:

ANSWER QUESTION 4 IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTIONS 1, 2 OR 3.   OTHERWISE, DO NOT ANSWER QUESTION 4.

If you have found any of the claims infringed, did SSL prove by clear and convincing evidence that Citrix's infringement was willful?   **Answer YES or NO.**

'796 Patent         _____

'011 Patent         _yes_____

Question No. 5:

Do you find that Citrix has proven by clear and convincing evidence that any of the following claims are invalid?   **Answer YES or NO.**

'011 Patent, Claim 2         _NO_____

'011 Patent, Claim 4         _NO_____

'011 Patent, Claim 7         _NO_____

Question No. 6:

ANSWER QUESTION 6 IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTIONS 1, 2 OR 3 INFRINGED AND NOT INVALID.   OTHERWISE, DO NOT ANSWER QUESTION 6.

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate SSL for Citrix's infringement?   **Only award damages for those claims you find both infringed and not invalid.**

'796 Patent         $ _0_____

'011 Patent         $ _10,000,000_____

Signed this ___ day of June, 2012.